STATE OF NEW JERSEY v. ALBERT J. ZEIN.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ANN DAGOSTARO.

March 2, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. RONALD WRIGHT.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JEROME WALKER.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v.
FREDERICK HENDERSON a/k/a RICK HENDERSON.

March 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD KIRKLAND.

March 2, 1971. Petition for certification denied.